

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

LEE ANTHONY CAMPBELL,            §
                Plaintiff,        §
                                  §
vs.                               §     CIVIL ACTION NO. 0:10-2338-HFF-PJG
                                  §
MICHAEL J. AS TRUE,               
Commissioner of Social Security, §
                Defendant.        §

## ORDER

This case was filed as a Social Security action.  Plaintiff is represented by counsel.  The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to serve.  The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight.  The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on January 25, 2011, but Plaintiff failed to file any objections to the Report.  In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation.  *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report to the extent that it does not contradict this Order and incorporates it herein.  The Court declines to dismiss the action with prejudice.  Therefore, it is the judgment of the Court that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to serve.

**IT IS SO ORDERED**.

Signed this 14th day of February, 2011, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE